Decided September 25, 2003

EDWARD ANDREWS *v.* COMMISSIONER OF CORRECTION

The petitioner Edward Andrews' petition for certification for appeal from the Appellate Court, 77 Conn. App. 903 (AC 22661), is denied.

*Alan E. Dillon,* special public defender, in support of the petition.

---

* The appeal was withdrawn March 19, 2004.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

Decided October 1, 2003